IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No.: 06-42532 |
| Edina Development Corporation, | Chapter Case |
| Debtor | |

**ORDER APPROVING SETTLEMENT AND STIPULATION**

This matter came before the Court on two Motions for Relief from the Automatic Stay ("Motions"), filed by US Federal Credit Union ("USFCU") on July 27, 2007, the Debtor's Notice of Settlement dated September 26, 2007, and the Settlement Stipulation ("Stipulation") between the Debtor and USFCU, filed with the Court on October 3, 2007. Appearances, if any, were noted on the record. There having been no objections filed to the terms of the Stipulation, and based upon the Motions and the file, record, and proceedings in this case:

IT IS ORDERED:

The Stipulation is approved, and the Debtor and USFCU are authorized to perform according to the terms thereof.

BY THE COURT:

Dated: October 15, 2007

/e/ Gregory F. Kishel

U.S. Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 10/15/07
Lori Vosejpka, Clerk, By jrb, Deputy Clerk

121196224v1 880207