UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

****************************************************************************************

In re:

EDINA DEVELOPMENT CORPORATION,

Debtor.

ORDER AND FINAL DECREE
CLOSING CHAPTER 11 CASE

BKY 06-42532

****************************************************************************************

At St. Paul, Minnesota, this 3rd day of November, 2008.

A fourth modified plan of reorganization was confirmed by the court in this case on January 15, 2008. The Debtor has filed its completed Report of Disbursements under its plan. The Debtor has reported that it contemplates no further judicial proceedings under this Court's jurisdiction.

IT IS THEREFORE ORDERED that this Chapter 11 case is closed.

BY THE COURT:

/e/ Gregory F. Kishel

_____
GREGORY F. KISHEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/03/2008*
Lori Vosejpka, Clerk, By jrb, Deputy Clerk